MRS. GENEVIEVE BROOKS v. CHARLIE WILLIAM HONEYCUTT AND CHARLES YORK.

(Filed 29 April, 1959.)

APPEAL by defendants from *Sink, E. J.,* at August Civil Term 1958 of UNION.

Civil action to recover for personal injury sustained by plaintiff in motor vehicle collision,— the same as that involved in No. 449 at this term, entitled *Eleanor Deane Brooks v. Charlie William Honeycutt and Charles York ante,* 179, the plaintiff here having been a passenger in the Ford automobile of the plaintiff,—proximately resulting from actionable negligence of defendants as alleged in complaint.

The two cases were consolidated for the purpose of trial, and tried upon similar issues. But in the instant case there was no issue as to contributory negligence, or as to property damage. The other issues submitted to the jury upon the same charge as in No. 449 were answered in favor of plaintiff. And from judgment in accordance therewith, defendants appeal to Supreme Court and assign error.

*Coble Funderburk for plaintiff, appellee.*
*Smith & Griffin for defendants, appellants.*

PER CURIAM. The record of case on appeal here discloses that appellants make the same assignment of error, based on same exceptions as in the case of *Eleanor Deane Brooks against Charlie William Honeycutt and Charles York,* decided cotemporaneously herewith. Hence the error pointed out, and for which a new trial is ordered there, necessitates on this appeal a

New Trial.